June 01, 2007

Ms. Barbara L. Emerson
Bellinger & DeWolf, L.L.P.
10000 N. Central Expressway, Suite 900
Dallas, TX 75231

Mr. Philip Durst
Deats Durst Owen & Levy, P.L.L.C.
1204 San Antonio, Suite 203
Austin, TX 78701
Ms. Barbara E. Rosenberg
Assistant City Attorney
1500 Marilla Street, Room 7B North
Dallas, TX 75201

RE: Case Number: 04-0821
 Court of Appeals Number: 05-03-01787-CV
 Trial Court Number: 2002-2355

Style: DALLAS FIRE FIGHTERS ASSOCIATION, KEN CLOWER, BRETT STIDHAM, ET
 AL.
 v.
 CITY OF DALLAS

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |